STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NICHOLAS CHVESTUIK, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Seymour Gelzer* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. David M. Satz, Jr.,* for the respondent.

September 24, 1956.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GERALD KOHLER, *ET AL.,* DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 600.